UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION



| | |
|---|---|
| JANET L. NEWKIRK,<br><br>Plaintiff,<br><br>-v-<br><br>AMERICAN COLLECTIONS ENTERPRISE, INC.,<br><br>Defendant. | CASE NO.: 1:19cv00347 CMH-TCB |

## DISMISSAL ORDER

UPON THE MOTION OF THE PLAINTIFF for a dismissal of this matter; the Plaintiff represents that this matter has settled and the lawsuit should be dismissed with prejudice; and it appearing to the Court that the motion is proper, it is, therefore:

ORDERED that this matter be, and it hereby is, dismissed with prejudice.

ENTERED this 20th day of May, 2019.

_Claude M. Hilton_
Judge
United States District Court